

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

December 28, 2022

Hon. Judge Jennifer L. Rochon
U.S. District Court – Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Freedom Mortgage Corp. v. Marcano, et al.*
Civ. Case No.: 1:22-cv-08472-JLR

Dear Honorable Rochon:

> The request is GRANTED. IT IS HEREBY ORDERED that the Initial Pretrial Conference in this matter is adjourned to **March 7, 2023** at 11:30 a.m. To the extent that referral to the Court's Mediation Program would be beneficial prior to that date, the parties shall notify the Court forthwith.
>
> Dated: December 28, 2022
> New York, New York
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Our office represents the plaintiff in the above referenced mortgage foreclosure action which is scheduled for an Initial Pretrial Conference on January 6, 2023. I am writing to request that the conference be adjourned to a date in March that is convenient for the Court.

The reason for this request is that the defendant Eddie Marcano is deceased and while he is not a necessary party, his surviving spouse defendant Noelia Marcano has answered the complaint and is actively seeking a repayment arrangement which would permit her to reinstate the loan and remain in the home. I am requesting this adjournment in an effort to avoid incurring legal fees and costs that would ultimately be included in any repayment agreement so as to give the defendant the greatest possibility of qualifying for an repayment plan she can afford.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Joseph F. Battista, Esq.