

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

* Deceased
**Not Admitted to Practice in New York

March 1, 2023

Hon. Judge Jennifer L. Rochon
U.S. District Court – Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Freedom Mortgage Corp. v. Marcano, et al.*
Civ. Case No.: 1:22-cv-08472-JLR

Dear Honorable Rochon:

*The request is GRANTED. The Initial Pretrial Conference is adjourned to **May 16, 2023** at 12:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.*

*IT IS FURTHER ORDERED that the parties shall file a joint letter, no later than **March 14, 2023**, indicating whether both parties are in agreement with a referral to the magistrate for settlement discussions.* **SO ORDERED.**

*Dated:  March 1, 2023*
*New York, New York*

**JENNIFER L. ROCHON**
**United States District Judge**

Our office represents the plaintiff in the above referenced mortgage foreclosure action which is scheduled for an Initial Pretrial Conference on March 7, 2023. I am writing to request that the conference be adjourned on consent to a date in May that is convenient for the Court.

The reason for this request is that the defendant Eddie Marcano is deceased and while he is not a necessary party, his surviving spouse defendant Noelia Marcano has answered the complaint and is actively seeking a repayment arrangement which would permit her to reinstate the loan and remain in the home. The defendant is continuing to cooperate with the loss mitigation process having supplied some additional documentation today that was requested by plaintiff. Although there was a delay in the document response we have provided the documents to our client and are waiting to determine whether they can proceed or will need an updated package.

I do understand that the loss mitigation review has been pending for some time and if the Court deems it appropriate to have a magistrate supervise the settlement discussions as a condition of the adjournment, plaintiff would not object.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Joseph F. Battista, Esq.