

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

June 1, 2023

Hon. Judge Jennifer L. Rochon
U.S. District Court – Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Freedom Mortgage Corp. v. Marcano, et al.*
      Civ. Case No.: 1:22-cv-08472-JLR

Dear Honorable Rochon:

Our office represents the plaintiff in the above referenced mortgage foreclosure action which is scheduled for an Initial Pretrial Conference on June 5, 2023. I am writing to advise that both sides have consented to the referral of this matter to a magistrate for the purposes of conducting settlement conferences. In light of the foregoing, both sides respectfully request that the Initial Pretrial Conference be adjourned and rescheduled, if needed, upon the completion of settlement conferences before the magistrate.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Joseph F. Battista, Esq.

---

The request is GRANTED. The June 5, 2023 conference is adjourned without date. By separate order to be docketed simultaneously with this Order, the Court will refer this matter to Magistrate Judge Aaron for a settlement conference and general pre-trial purposes.

Dated: June 1, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge